IN THE SUPREME COURT OF TEXAS

 No. 08-0165

 IN RE OFFICE OF THE ATTORNEY GENERAL

 On Petition for Writ of Mandamus

ORDERED:

 1. On February 29, 2008, the Court issued an order granting in
part relator's emergency motion for temporary relief, filed February 29,
2008. The Court stayed the Temporary Restraining Order and Order Setting
Hearing for Temporary Orders signed February 25, 2008, in Cause No. 05-
20254, styled In the Matter of Office of the Guardian Ad Litem and Office
of the Attorney General of Texas and in the interest of Minor Children, in
the 301st District Court of Dallas County, Texas. The stay shall remain in
effect pending further order of this Court.
 2. The Court now denies the remainder of relator's emergency motion
for temporary relief filed February 29, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 20, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk